UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WARD, ROSE CARSON, CINDY KLINKENBEARD and RAPHAEL MORGA, individually and on behalf of others similarly situated,, <br><br> Plaintiffs, <br><br> vs. <br><br> RALPHS GROCERY COMPANY, an Ohio Corporation; DAVID HIRZ; JOHN BURGON; DAVID HANSEN; JOHN SCHROEDER; ROBIN GONZALES; THE KROGER CO., an Ohio Corporation; FRED MEYER, INC., an Oregon Corporation and DOES 1 through 150, inclusive, <br><br> Defendants. | CASE NO. CV 07-1085 GPS (JTLX) <br><br> **HON. GEORGE P. SCHIAVELLI** <br><br> **[PROPOSED] JUDGMENT** |

1  On September 4, 2008, the Court issued its Order Granting Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint ("TAC") ("Order") with prejudice. The Order was entered on September 5, 2008. A true and correct copy of the Order is attached hereto as Exhibit "A."

In accordance with the Order and pursuant to Federal Rules of Civil Procedure Rule 58 and Local Rule 54, **Judgment** is hereby entered in favor of Defendants Ralphs Grocery Company, The Kroger Co., Fred Meyer, Inc., David Hirz, John Burgon, David Hansen, John Schroeder, and Robin Gonzales ("Defendants"), and against Plaintiffs Michael Ward, Rose Carson, Cindy Klinkenbeard, and Raphael Morga ("Plaintiffs"). The claims of those Plaintiffs are dismissed with prejudice, and Defendants shall recover costs of suit.

DATED:  September 24, 2008

                                                GEORGE P. SCHIAVELLI
                                                The Honorable George P. Schiavelli
                                                United States District Court Judge